# Exhibit 3



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 3 0 2022

RICK WARREN
COURT CLERK
42 _____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

KIM LOCKWOOD AND )
V. KATHLEEN LOCKWOOD, )
 )
    Plaintiffs, )
 )
v. ) Case No. CJ-2022-4242
 )
STATE FARM FIRE AND )
CASUALTY COMPANY, )
 )
    Defendant. )

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Terry M. McKeever enters his appearance as counsel in this case for the Plaintiffs.

    We certify that we are admitted to practice in this Court.

08/30/2022
DATE

TERRY M. MCKEEVER
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 632-6668
Facsimile: (405) 632-3036
tmm@fylaw.com

EXHIBIT
3