# Exhibit 4



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

FEB - 3 2023

RICK WARREN
COURT CLERK

108 _____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

KIM LOCKWOOD AND )
KATHLEEN LOCKWOOD, )
)
Plaintiffs, )
) CJ-2022-4242
v. ) Case No.
)
STATE FARM FIRE AND )
CASUALTY COMPANY, )
)
Defendant. )

## SUMMONS

To the above-named Defendant: STATE FARM FIRE AND CASUALTY COMPANY
c/o Glen Mulready (Oklahoma Insurance Commissioner)
Oklahoma Insurance Department
Attn: Legal Division
400 NE 50th Street,
Oklahoma City, OK 73105

You have been sued by the above-named Plaintiffs, and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this 30 day of May, 2022.

RICK WARREN, Court Clerk
COURT CLERK,

Deputy Court Clerk

(Seal)
Attorneys for Plaintiff:

Name:      Terry M. McKeever
           Foshee & Yaffe Law Firm
Address:   P.O. Box 890420
           Oklahoma City, OK 73189
Telephone: (405) 632-6668

This Summons was served/mailed on January 27, 2023.

EXHIBIT
4

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## RETURN OF SERVICE BY SHERIFF (PERSONAL SERVICE)

I certify that I received the foregoing Summons on the_____day of _____, 20___, and that I delivered a copy of said Summons with a copy of the Petition to each of the following named Defendant(s) personally in_____County at the address and on the date set forth opposite each name, to-wit:

| NAME OF DEFENDANT | ADDRESS | DATE OF SERVICE |
|---|---|---|
| | | |

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on this_____day of _____, 20___. I served_____by leaving a copy of said Summons with a copy of the Petition attached at _____ which is his/her usual place of residence with _____, a member of his/her family fifteen (15) years of age or older.

## CORPORATION RETURN

Received this Summons this_____day of _____, 20___, and as commanded therein, I Summoned the within_____named Defendant, as follows, to-wit:_____, a corporation, on the_____day of_____, 20___, by delivering a true and correct copy of the Petition to_____, being the _____of said Corporation, and the_____, President, Vice-President, Secretary, Treasurer or other chief officer not being found in said County.

## NOT FOUND

Received this Summons this_____day of_____, 20___, I certify that the following persons of the Defendant_____within named not found in County:_____.

served

## FEES

Fee for service $_____, Mileage_____, Total_____. Dated this_____day of_____, 20___.

_____, Sheriff

By:_____, Deputy

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing Summons with a copy of the Petition attached to the following named Defendant(s) at the addresses shown by certified mail, addressee-only, return receipt requested on this 26th day of January, 2023, and receipt thereof on the date shown.

| DEFENDANT | ADDRESS WHERE SERVED | DATE RECEIPTED |
|---|---|---|
| State Farm + Casualty Co. | 400 NE 50th St, OKC, OK 73105 | 1-27-2023 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Farm Fire and Casualty Company
Oklahoma Insurance Department
Attn: Legal Division
400 NE 50th Street
Oklahoma City, OK 73105

9590 9402 3972 8079 3616 16

2. Article Number (Transfer from service label)

7019 0140 0000 8587 2091

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RECEIVED
JAN 27 2023
OKLAHOMA INSURANCE DEPT.

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #



9590 9402 3972 8079 3616 16

United States Postal Service   FEB 01 2023

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

Foshee & Yaffe Law Firm
Attn: rdk Yaffe Lockwood SP 012623
PO Box 890420
Oklahoma City, OK 73189