# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD AND<br>V. KATHLEEN LOCKWOOD,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 5:23-cv-00170-R<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

Date: February 22, 2023

Respectfully submitted,

/s/ *Timila S. Rother*
TIMILA S. ROTHER, OBA # 14310
**CROWE & DUNLEVY, P.C.**
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
timila.rother@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2023, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

Terry M. McKeever
S. Alex Yaffe
FOSHEE & YAFEE
P.O. Box 890420
Oklahoma City, OK  73189

**ATTORNEYS FOR PLAINTIFFS**

                                            /s/ *Timila S. Rother*
                                                Timila S. Rother