## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD AND<br>V. KATHLEEN LOCKWOOD,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 5:23-cv-00170-R<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant State Farm Fire and Casualty Company ("State Farm") makes the following disclosure:

1. **Is the party a publicly held corporation or other publicly held entity?**

    (Check one) _____ YES __X__ NO

2. **Does party have any parent corporations?**

    (Check one) __X__ YES _____ NO

State Farm Fire and Casualty Company is a wholly owned subsidiary of its only parent company, State Farm Mutual Automobile Insurance Company.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one) _____ YES __X__ NO

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one) _____ YES __X__ NO

5. **Is the party a trade association?**

(Check one)  \_\_\_\_\_ YES   __X__ NO

Dated this 22nd day of February, 2023.

/s/ *Timila S. Rother*
TIMILA S. ROTHER, OBA # 14310
**CROWE & DUNLEVY, P.C.**
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-7700
Facsimile:  (405) 239-6651
timila.rother@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2023, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

Terry M. McKeever
S. Alex Yaffe
FOSHEE & YAFEE
P.O. Box 890420
Oklahoma City, OK  73189

**ATTORNEYS FOR PLAINTIFFS**

/s/ *Timila S. Rother*
Timila S. Rother