# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD AND<br>V. KATHLEEN LOCKWOOD,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 5:23-cv-00170-R<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant State Farm Fire and Casualty Company.

I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

Date: February 28, 2023

                                          Respectfully submitted,

                                        /s/ *Andrew E. Henry*
                                        ANDREW E. HENRY, OBA #32009
                                        **CROWE & DUNLEVY, P.C.**
                                        324 N. Robinson Ave., Suite 100
                                        Oklahoma City, Oklahoma 73102
                                        Telephone:  (405) 235-7700
                                        Facsimile:  (405) 239-6651
                                        andrew.henry@crowedunlevy.com

                                        **ATTORNEYS FOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28nd day of February, 2023, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

Terry M. McKeever  
S. Alex Yaffe  
FOSHEE & YAFEE  
P.O. Box 890420  
Oklahoma City, OK  73189

**ATTORNEYS FOR PLAINTIFFS**

                                  /s/ *Andrew E. Henry*  
                                    Andrew E. Henry

5283771