UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4TH STREET, OKLAHOMA CITY, OK 73102
COURTROOM 302

**STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL**

**THURSDAY, APRIL 6, 2023**

**NOTICE TO ALL COUNSEL**:  The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no **later than Monday, March 27th, 2023.**

The Status/Scheduling Conference will be conducted via conference call.

To participate in the conference call, dial **888-684-8852**.  When prompted, enter the access code **1763316**.

**9:00 a.m.**
CIV-23-38-R         JC Balasetti                    Matthew K. Felty

                    -v-

                    Sonic Industries LLC            David A. Elder
                                                    Erin L. O'Roke

**9:15 a.m.**
CIV-23-117-R        John Vaughan                    Cody M. Curry
                                                    L. Justin Lowe

                    -v-

                    Aldi Inc                        Allison N. Biscoe
                                                    Clinton V. Cox, IV
                    Atlantic Specialty Insurance Company    Johnny R. Blassingame, Jr

**9:30 a.m.**
CIV-23-170-R        Kim Lockwood et al              Terry M. McKeever

                    -v-

                    State Farm Fire and Casualty Company    Timila S. Rother
                                                    Andrew E. Henry