# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIM LOCKWOOD**, et al )<br>)<br>Plaintiff(s),  )<br>)<br>v.    )<br>)<br>**STATE FARM FIRE AND CASUALTY** )<br>**COMPANY,**  )<br>Defendant,  ) | No. CIV-23-170-R |

## ORDER

Pursuant to 28 U.S.C. § 2403(b) and Fed. R. Civ. P. 5.1(b), the court certifies to the Attorney General for the State of Oklahoma that the constitutionality of certain Oklahoma statutes, specifically Okla. Stat. tit. 23 § 9.1, has been challenged. The State of Oklahoma is granted leave to intervene in the present action for purposes of presenting evidence and argument on the constitutional challenge. The State shall notify the court by appropriate filing whether it intends to intervene, within thirty (30) days from the date of this order.

The Court Clerk is directed to mail a copy of this notice to Gentner Drummond, Oklahoma Attorney General, Office of the Attorney General, 313 N.E. 21st Street, Oklahoma City, Oklahoma 73105.

**IT IS SO ORDERED** this 10th day of April, 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE