## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD and V. KATHLEEN LOCKWOOD,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　　　Defendant. | **Case No: CIV-23-170-R** |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned enters her appearance as counsel in this case for **Non-Party, Oklahoma Attorney General.**

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　 /s/Kindanne C. Jones
　　　　　　　　　　　　　　　　**KINDANNE C. JONES, OBA# 11374**
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Oklahoma Attorney General=s Office
　　　　　　　　　　　　　　　　Litigation Division
　　　　　　　　　　　　　　　　313 NE 21st Street
　　　　　　　　　　　　　　　　Oklahoma City, OK   73105
　　　　　　　　　　　　　　　　Telephone:   (405) 521-3921
　　　　　　　　　　　　　　　　Facsimile:    (405) 521-4518
　　　　　　　　　　　　　　　　Email: kindanne.jones@oag.ok.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of April, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

      /s/Kindanne C. Jones
      Kindanne C. Jones