IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD and V. KATHLEEN LOCKWOOD,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>      Defendant. | **Case No: CIV-23-170-R** |

## NOTICE TO COURT

In accordance with the Court's April 10th, 2023, Order [Doc. 12], the Oklahoma Attorney General acknowledges receipt of the notice that the constitutionality of 23 O.S. § 9.1 has been challenged and notifies the Court the office will not intervene in this action.

            Respectfully submitted,


            /s/Kindanne C. Jones
            **KINDANNE C. JONES, OBA# 11374**
            Deputy Attorney General
            Oklahoma Attorney General's Office
            Litigation Division
            313 NE 21st Street
            Oklahoma City, OK   73105
            Telephone:   (405) 521-3921
            Facsimile:   (405) 521-4518
            Email: kindanne.jones@oag.ok.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of April, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                     s/Kindanne C. Jones
                                     Kindanne C. Jones