IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD; and<br>V. KATHLEEN LOCKWOOD,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　No. CIV-23-170-R<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

　　This matter is before the Court on the Motion to Withdraw as Counsel of Record of Alec Fraser [Doc. No. 16]. For good cause shown, the Motion is granted.

　　IT IS THEREFORE ORDERED that Alec Fraser is allowed to withdraw as counsel of record for Plaintiffs Kim Lockwood and V. Kathleen Lockwood. Plaintiffs will continue to be represented by Terry McKeever of the firm Foshee & Yaffe, who previously entered an appearance.

　　IT IS SO ORDERED this 20th day of September 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE