# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD and V. KATHLEEN LOCKWOOD, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. CIV-23-170-R ) ) ) ) ) ) |

## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S LIST OF EXPERT WITNESSES IN CHIEF

Defendant State Farm Fire and Casualty Company ("State Farm") provides the following expert witness list pursuant to the Court's Scheduling Order entered on April 6, 2023 (Dkt. No. 10).

State Farm will supplement, modify, or augment this submission as necessary as a result of any new and permissible information from Plaintiffs, additional discovery, and as otherwise provided by Fed. R. Civ. P. 26(a)(2)(E) or order of the Court.

## EXPERT WITNESS LIST

| Name | Address | Summary of Expected Testimony |
|---|---|---|
| Derek VanDorn <br> Berryman Enterprises, Inc. | 426 NW 5th Street <br> Oklahoma City, OK 73102 | Subject to his deposition, if any, Mr. VanDorn will testify concerning: the opinions in his expert report; rebuttal of report and opinions by Plaintiffs' designated experts, subject to any admissibility objections as to the testimony of Plaintiffs' designated |

| Name | Address | Summary of Expected Testimony |
|---|---|---|
| | | experts; inspection of Plaintiffs' prior property and determinations regarding any wind or hail-related damage or other damage to the property; cause and extent of damage to the property; evaluation of photos and evidence concerning repairs to property; evaluation of photos and estimates of alleged damage to property by State Farm and Plaintiffs' representatives and opinions concerning the reliability and adequacy of such estimates; construction costs, industry standards regarding calculation and estimating of same, and evaluation of Ian's Enterprise estimate for repairs and replacements on Plaintiffs' prior property; evaluation of report by Chad T. Williams, P.E., of Valor Forensic Engineering Services, LLC and related attachments; evaluation of weather and storm data for the subject property. |

Date:  September 25, 2023                Respectfully submitted,


/s/ *Andrew E. Henry*
Timila S. Rother, OBA # 14310
Andrew E. Henry, OBA # 32009
**CROWE & DUNLEVY, PC**
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-7700
Facsimile:  (405) 239-6651
timila.rother@crowedunlevy.com
andrew.henry@crowedunlevy.com

**ATTORNEY FOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September, 2023, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrants:

Terry M. McKeever
FOSHEE & YAFEE
P.O. Box 890420
Oklahoma City, OK 73189

/s/ *Andrew E. Henry*
Andrew E. Henry

5436362