IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIM LOCKWOOD and V. KATHLEEN LOCKWOOD | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. CIV-23-170-R |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) | |
| *Defendant*. | | |

**PLAINTIFFS' WITNESS LIST**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs Kim Lockwood and V. Kathleen Lockwood ("Plaintiffs") file this their Plaintiffs' Witness List and would respectfully show unto the Court the following:

| | WITNESS | ADDRESS | TESTIMONY | WILL CALL | MAY CALL |
|---|---|---|---|---|---|
| 1 | Kim Lockwood | c/o Terry McKeever Foshee & Yaffe PO Box 890420 Oklahoma City, OK 73189 | Plaintiff with knowledge of the Property and hail and wind damage. | x | |
| 2 | V. Kathleen Lockwood | c/o Terry McKeever Foshee & Yaffe PO Box 890420 Oklahoma City, OK 73189 | Plaintiff with knowledge of the Property and hail and wind damage. | x | |
| 3 | Ian Rupert | 9450 SW Gemini Dr. #39525 Beaverton, Oregon 97008-7105 | Non-retained expert on the reasonable and necessary cost of repair. | x | |
| 4 | Chad T. Williams, P.E. | Valor Forensic Engineering Services, LLC P.O. Box 783 Jenks, Oklahoma 74037 | Non-retained expert (engineer) on the cause of damage found to the subject Property and on the reasonable and necessary cost of repair. Was | x | |

| | | | | | |
|---|---|---|---|---|---|
| | | | incorporated into Ian Rupert's report, and Plaintiffs' proof of loss submitted to Defendant. | | |
| 5 | Sam L. Gould | Atlas Forensic Meterology 6308 East 15th St. Tulsa, Oklahoma 74112 | Non-retained expert (meteorological data) on the weather events that included hail, wind, and rain that passed over Plaintiffs' property during 2019 and 2020. His report was incorporated into Willaims's and Ian Rupert's reports, and Plaintiffs' proof of loss that was submitted to Defendant. | x | |
| 6 | State Farm Fire and Casualty Company's Corporate Representative | State Farm Fire and Casualty Company PO Box 106169 Atlanta, Georgia 30348 | Testifying on the handling of the Claim, file contents, communications, and underwriting of the Property. | x | |
| 7 | Leonard Perinn | State Farm Fire and Casualty Company PO Box 106169 Atlanta, Georgia 30348 | Adjuster for Defendant who will testify to his inspection of the Property and Claims handling. | | x |
| 8 | Sara Smith | State Farm Fire and Casualty Company PO Box 106169 Atlanta, Georgia 30348 | Claim associate for Defendant who will testify to the handling of the claim and Defendant's denial of the claim. | | x |
| 9 | Janice Shed | State Farm Fire and Casualty Company PO Box 106169 Atlanta, Georgia 30348 | Claim associate for Defendant who will testify to the handling of the claim and Defendant's denial of the claim. | | x |
| 10 | Tyrone Silva-Dias | State Farm Fire and Casualty Company PO Box 106169 Atlanta, Georgia 30348 | Claim associate for Defendant who will testify to the handling of the claim and Defendant's denial of the claim. | | x |

As discovery in this case is ongoing, Plaintiffs reserve the right to amend this witness list.

Dated September 25, 2023.

Respectfully submitted,

*/s/Terry M. McKeever*
Terry M. McKeever
OBA#21751
tmm@fylaw.com

S. Alex Yafe
OBA #21063
ay@fylaw.com

**FOSHEE & YAFFE**
P.O. Box 890420
Oklahoma City, Oklahoma 73189
Telephone:     (405) 378-3033

**ATTORNEYS FOR PLAINTIFFS**