**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KIM LOCKWOOD and V. KATHLEEN LOCKWOOD )<br>)<br>)<br>   *Plaintiffs*, )<br>)<br>v. )<br>)<br>STATE FARM FIRE AND CASUALTY )<br>COMPANY, )<br>)<br>   *Defendant*. | Case No. CIV-23-170-R |

**PLAINTIFFS' EXHIBIT LIST**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs Kim Lockwood and V. Kathleen Lockwood ("Plaintiffs") file this their Plaintiffs' Exhibit List and would respectfully show unto the Court the following:

**I.**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 1 | State Farm Fire and Casualty Company Insurance Policy No. 96-CS-3371-5. |
| 2 | State Farm Fire and Casualty Company Redacted Claim File for Insurance Claim No. 36-09N3-90Q. |
| 3 | State Farm Fire and Casualty Company's Underwriting File for the Property. |
| 4 | Photographs of the storm damage to the Property. |
| 5 | Ian Rupert's Report and proof of loss (only if Defendant's expert reports are admitted into evidence). |

| 6 | Plaintiffs' Expert, Ian Rupert's photographs of the Property. |
|---|---|
| 7 | Plaintiffs' Expert, Ian Rupert's weather data. |
| 8 | Plaintiffs' Expert, Ian Rupert's *curriculum vitae*. |
| 9 | Plaintiffs' Expert, Ian Rupert's estimate of damages to Plaintiffs' Property. |
| 10 | Plaintiffs' Expert, Chad T. Williams, P.E.'s Evaluation and Report and Attachments A and I. |
| 11 | Plaintiffs' Expert, Chad T. Williams, P.E.'s Weather Data Analysis. |
| 12 | Plaintiffs' Expert, Chad T. Williams, P.E.'s Field Notes. |
| 13 | Plaintiffs' Expert, Chad T. Williams, P.E.'s Site Observations and Images. |
| 14 | Plaintiffs' Expert, Chad T. Williams, P.E.'s *curriculum vitae*. |
| 15 | Plaintiffs' Expert, Sam L. Gould's Meteorological Analysis Evaluation and Report with Attachments. |
| 16 | Plaintiffs' Expert, Sam L. Gould's *curriculum vitae*. |
| 17 | State Farm Fire and Casualty Company's Claim acknowledgment letter dated July 30, 2020. |
| 18 | State Farm Fire and Casualty Company's partial denial letter, dated August 26, 2020. |
| 19 | State Farm Fire and Casualty Company's Photographs of the Property. (with any comments redacted). |
| 20 | Estimates for repairs or benefits owed for the loss to the property. |

| 21 | To the extent not listed, documents produced during discovery, subject to the appropriate evidentiary limitations and objections. |
|---|---|
| 22 | To the extent not listed, any documents or exhibits attached to depositions taken in this case, subject to the appropriate evidentiary limitations and objections. |
| 23 | To the extent not listed, any documents or exhibits listed by Defendant, if not objected to by Plaintiffs. |

As discovery in this case is ongoing, Plaintiffs reserve the right to amend this exhibit list.

Dated September 25, 2023.

Respectfully submitted,

*/s/Terry M. McKeever*
Terry M. McKeever
OBA#21751
tmm@fylaw.com
S. Slex Yafe
OBA #21063
ay@fylaw.com

**FOSHEE & YAFFE**
P.O. Box 890420
Oklahoma City, Oklahoma 73189
Telephone:     (405) 378-3033

**ATTORNEYS FOR PLAINTIFFS**