IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIM LOCKWOOD and V. KATHLEEN LOCKWOOD, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CIV-23-170-R ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Upon the Parties' Joint Motion for Extension of Scheduling Order Deadlines (Dkt. No. 21) (the "Motion") and for good cause shown, the Court hereby GRANTS the Motion. All deadlines set forth in the Scheduling Order (Dkt. No. 10) that have not already expired are hereby extended as set forth below. Additionally, the current January 2024 trial docket setting is hereby stricken, and the case is continued to this March, 2024 trial docket. Consistent with these rulings, the Scheduling Order is hereby amended as follows:

| EVENT | NEW DATE |
|---|---|
| Defendant's Final Exhibit List to be Filed By: | December 20, 2023 |
| Plaintiff to File Objections to Defendant's Final Exhibit List Within 14 Days Thereafter | |
| Discovery to be Completed By: | February 5, 2024 |
| All Dispositive and *Daubert* Motions to Be Filed By: | December 18, 2023 |
| Designations of Deposition Testimony to Be Used at Trial: | February 21, 2024 |
| Objections and Counter-Designations to Be Filed By: | February 28, 2024 |
| Motions in Limine to Be Filed By: | February 20, 2024 |
| Requested Voir Dire to Be Filed By: | March 4, 2024 |

| EVENT | NEW DATE |
|---|---|
| Requested Jury Instructions to Be Filed By: | February 20, 2024 |
| Proposed Final Pretrial Report to Be Submitted By: | March 4, 2024 |
|  |  |
| TRIAL DOCKET begins: | March 12, 2024 |

All other terms and conditions of the Scheduling Order entered on April 6, 2023 remain and are incorporated herein by reference.

**IT IS SO ORDERED** this 11th day of October 2023

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE