IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

KIM LOCKWOOD and V. KATHLEEN LOCKWOOD )
)
)
)
)
Plaintiff(s), )
)
v. )   Case No. 5:23-cv-00170-R
)
STATE FARM FIRE AND CASUALTY COMPANY )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiffs__, __Kim Lockwood and V. Kathleen Lockwood__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Preston J. Dugas III            November 13, 2023
Signature                          Date

Preston J. Dugas III
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Dugas & Circelli, PLLC
Firm

1701 River Run, Suite 703
Address

Fort Worth            Texas            76107
City                  State            Zip Code

(817) 945-3061
Telephone

pdugas@dcclawfirm.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on  November 13, 2023 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Preston J. Dugas III
s/ Preston J. Dugas III